UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-61-FDW

| | |
|---|---|
| WILLIAM D. BULLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FNU SNIPES, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's *pro se* motion for copies of all the documents in this case, (Doc. No. 15). Plaintiff claims that prison officials misplaced personal property of Plaintiff's, including all of his legal documents in this case.

There is no right for a *pro se* Plaintiff to be provided copies of a Court file free of charge. However, Plaintiff will be provided with a copy of his Complaint, the Court's Order on initial review, and the electronic docket sheet as a courtesy.

**IT IS THEREFORE ORDERED** that:

(1) Plaintiff's motion requesting copies of the documents in this case, (Doc. No. 15), is **GRANTED** in part and **DENIED** in part in accordance with this Order.

(2) The Clerk is respectfully instructed to mail copies of the Complaint, (Doc. No. 1), the Court's Order on initial review, (Doc. No. 13), and the Court's electronic docket sheet, to Plaintiff at his address of record.

Signed: January 26, 2018

Frank D. Whitney
Chief United States District Judge

1