UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-61-FDW

| | |
|---|---|
| WILLIAM D. BULLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FNU SNIPES, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on *pro se* Plaintiff's Request for Production of Documents, (Doc. No. 40).

Plaintiff's request for discovery has been misdirected to the Court. See LCvR 26.2 ("The parties shall not file any initial disclosures, designations of expert witnesses and their reports, discovery requests or responses therto, deposition transcripts, or other discovery material unless: (1) directed to do so by the Court; (2) such materials are necessary for use in an in-court proceeding; or (3) such materials are filed in support of, or in opposition to, a motion or petition."); (Doc. No. 42) (Pretrial Order and Case Management Plan). Plaintiff is instructed to direct his discovery requests to the appropriate party or parties in accordance with the applicable procedural rules and Pretrial Order and Case Management Plan.

**IT IS THEREFORE ORDERED** that:

(1) Plaintiff is instructed to direct his discovery requests to the appropriate party or parties in accordance with the applicable procedural rules and Pretrial Order and Case Management Plan.

(2) **IT IS FURTHER ORDERED** that the Clerk of Court is instructed to substitute the

1

parties as follows:

**Anthony Snipes** for "FNU Snipes"

**Stephen Heh** for "FNU Heh"

**Sally Pressley** for "FNU Pressley"

**Nancy Capel** for "FNU Kapull"

Signed: November 29, 2018

Frank D. Whitney
Chief United States District Judge