# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-cv-61-FDW

| | |
|---|---|
| WILLIAM D. BULLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ANTHONY SNIPES, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on *pro se* Plaintiff's Motion to Dismiss, (Doc. No. 49).

Plaintiffs have filed a Response, (Doc. No. 50), noting that Plaintiff appears to seek dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendants consent to the Motion.

Plaintiff's Motion to Dismiss is therefore construed as a motion for voluntary dismissal without prejudice pursuant to Rule 41(a) and it is granted. The pretrial conference and trial dates will be removed from the Court's calendar and this case will be closed.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff's Motion to Dismiss, (Doc. No. 49), is construed as a motion for voluntary dismissal without prejudice pursuant to Rule 41(a) and is **GRANTED**.

3. The Clerk of Court is instructed to remove the pretrial conference and trial dates from the Court's calendar and to close this case.

1

Signed: May 14, 2019

*[signature: Frank D. Whitney]*

Frank D. Whitney
Chief United States District Judge